CAUSE NO: PD-0425-15

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS

APR 17 2015

Abel Acosta, Clerk

JULIO TORRES PALOMO
v.
THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 15 2015

Abel Acosta, Clerk

FROM APPEAL NO: 06-14-00076-CR
TRIAL CAUSE NO: 28777

HUNT COUNTY, TEXAS

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, JULIO TORRES PALOMO, PETITIONER, AND FILES THIS MOTION FOR AN EXTENSION OF SIXTY (60) DAYS IN WHICH TO FILE A PETITION FOR DISCRETIONARY REVIEW. IN SUPPORT OF THIS MOTION APPELLANT SHOWS THE COURT THE FOLLOWING:

I.

THE PETITIONER WAS CONVICTED IN THE 196th DISTRICT COURT OF HUNT COUNTY IN CAUSE NO. 28777, STYLED STATE OF TEXAS V. JULIO TORRES PALOMO. THE PETITIONER APPEALED TO THE COURT OF APPEALS, SIXTH APPELLATE DISTRICT. THE CASE WAS AFFIRMED ON APRIL 1, 2015.

II.

THE PRESENT DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IS APRIL 30, 2015. THE PETITIONER HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST.

III.

PETITIONER'S REQUEST FOR AN EXTENSION IS BASED UPON THE FOLLOWING FACTS: PETITIONER WAS JUST NOTIFIED ABOUT THE COURTS DECISION

①

OF THE COURT OF APPEALS IN AFFIRMING HIS CASE. PETITIONER HAS NOT HAD AMPLE TIME TO GAIN LEGAL RESPRESENTATION IN THIS MATTER. MY ATTORNEY OF APPEAL MS. CARIANN Abramson OF THE Abramson LAW FIRM PC. HAS INFORMED PETITIONER SHE WILL NOT REPRESENT HIM ON THIS PETITION FOR DISCRETIONARY REVIEW.

WHEREFORE, PETITIONER PRAYS THIS COURT GRANT THIS MOTION AND EXTEND THE deadline FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IN CASE NO. 06-14-00076-CR; TR. Ct. NOS 28277 TO MAY 30, 2015.

Julio Palomo
JULIO TORRES PALOMO
PETITIONER, PRO-SE
#1923341
MC CONNELL UNIT
3001 S. EMILY dR.
BEEVILLE, TEXAS 78102

EXECUTED ON THIS 13th dAy OF APRIL 2015

## CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE ABOVE AND FOREGOING FIRST MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW, HAS BEEN FORWARDED by U.S. MAIL POSTAGE PREPAID, FIRST CLASS, TO THE ATTORNEY FOR STATE Keli M. AIKEN, ASSISTANT DISTRICT ATTORNEY P.O. Box 441, 4th FL. Hunt County Courthouse, GREENVILLE, TEXAS 75401

Julio Palomo
PETITIONER, PRO-SE

## UNSWORN DECLARATION

I, JULIO TORRES PALOMO #TDCJ 1923341, beING PRESENTLY INCARCERATED AT THE WILLIAM G. MC CONNELL UNIT 3001 S. EMILY dR BEEVILLE, TEXAS 78102, Hereby dECLARE UNDER THE PENALTY OF PERJURY THAT ALL FACTS AND STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY ABILITY. SO HELP ME GOD

Julio Palomo

②